JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GENE RAND, | Case No. 2:22-cv-02146-AB (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| B. BIRKHOLZ, Warden, | |
| Respondent. | |

In accordance with the Order Summarily Dismissing Petition For Writ Of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2255 Cases in the United States District Court.

DATED: June 07, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE